ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Catherine Rivera
_____

**CV12 2094**

NAME OF PLAINTIFF(S)

v.

Vitamin Shoppe et al.

**COMPLAINT**

Jury Trial Demand

**VITALIANO, J.**

NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

__✓__   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

_____   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

__✓__   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*


RECEIVED APR 25 2012 PRO SE OFFICE

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aformentioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

   23 Latourette Lane  2nd Flr
   Street Address

   Richmond, NY, 10314, 347-245-4985
   County   State   Zip Code   Telephone Number

2. Defendant(s) resides at, or its business is located at:

   469 86th Street Bklyn NY
   Street Address

   Kings, Brooklyn, NY, 10209
   County   City   State   Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:
   91 street
   2101 North Bergen
   Street Address

   _____, North Bergen, NJ, 07047
   County   City   State   Zip Code

4. The discriminatory conduct of which I complain in this action includes (check only those that apply).

\_\_\_\_\_ Failure to hire.

✓ Termination of my employment.

✓ Failure to promote.

\_\_\_\_\_ Failure to accommodate my disability.

✓ Unequal terms and conditions of my employment.

✓ Retaliation

\_\_\_\_\_ Other acts (specify): _____.

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on:
   2009 - 2011
   Date(s)

6. I believe that the defendant(s) (check one)

   ✓ is still committing these acts against me.

   \_\_\_\_\_ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
   (check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)

   [ ] race _____  [ ] color _____

   [ ] gender/sex _____  [ ] religion _____

   [ ] national origin _____

   [ ] age _____   My date of birth is: 11-10-67
                                              Date

   [✓] disability _____

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows:

<u>I faced and continue to face unlawful</u>
<u>and discrimatory Conduct. which results in</u>
<u>my termination, unlawful termination</u>

(Attach additional sheets as necessary)

**Note:** As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.

9. It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: <u>8-11-2011</u>.
   Date

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: <u>2011</u>.
    Date

-4-

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (check one),

    __✓__ 60 days or more have elapsed.

    _____ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission (check one):

    __✓__ has not issued a Right to Sue letter.

    _____ has issued a Right to Sue letter, which I **received** on _____.
                                                      Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

_Catherine Rivera_
PLAINTIFF'S SIGNATURE

Dated: 4-25-12

23 Latourette Lane
Address
Staten Island NY 10314  2nd Flr

347-245-4985
Phone Number

-5-

4-25-12

I Catherine Rivera filed a complaint with the EEOC after 180 days of my termination. In Feb of 2012 I recieved a letter from EEOC regarding case has been sent to a Investargator after 60 days I haven't heard or been able to get in contact with them, therefore I am still unemployed with no unemployment benefits or Income. Have not recieved a right to sue letter.

Thank you

Catherine Rivera